IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KANA SOFTWARE, INC., a Delaware corporation, and<br>KAY TECHNOLOGY CORP., INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>VERSATA ENTERPRISES, INC., a Delaware corporation, and<br>EVEREST SOFTWARE, INC., a Delaware corporation,<br><br>        Defendants. | C.A. No. 09-982-UNA<br><br>DEMAND FOR JURY TRIAL |

## AMENDED COMPLAINT FOR PATENT INFRINGEMENT

1. Plaintiffs KANA Software, Inc. and Kay Technology Corp., Inc. (individually and/or collectively, "KANA") hereby aver for their Complaint ("Complaint") against defendants Versata Enterprises, Inc. ("Versata") and Everest Software, Inc. ("Everest") (individually, each may be referred to as "Defendant" and collectively all or some may be referred to as "Defendants") as follows:

### NATURE OF THE ACTION

2. This is a civil action for patent infringement brought pursuant to the patent laws of the United States, Title 35 of the United States Code. A true and correct copy of the patent-in-suit is attached hereto as Exhibit A.

## THE PARTIES

3. The present lawsuit was initiated on December 21, 2009 by KANA Software, Inc., a corporation organized under the laws of Delaware, with its headquarters at 181 Constitution Drive, Menlo Park, California.

4. On December 23, 2009, substantially all of KANA Software, Inc.'s assets and liabilities, with certain exceptions not relevant to these proceedings, were acquired by Kay Technology Corp., Inc. ("Kay"), a corporation organized under the laws of Delaware, with a place of business at 181 Constitution Drive, Menlo Park, California. Kay, pursuant to Rule 25(c) of the Federal Rules of Civil Procedure and otherwise, is the successor in interest to the assets and liabilities of KANA Software, Inc. relevant to this dispute.

5. On information and belief, Defendant Versata is a corporation organized under the laws of Delaware, with a place of business at 6011 West Courtyard Drive, Austin, Texas.

6. On information and belief, Defendant Everest is a corporation organized under the laws of Delaware, with a place of business at 21631 Ridgetop Circle, Dulles, Virginia.

## SUBJECT MATTER JURISDICTION

7. This is an action for patent infringement under the Patent Laws of the United States, Title 35 of the United States Code, Sections 271, et seq. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338.

## PERSONAL JURISDICTION AND VENUE

8. This Court has personal jurisdiction over Defendants.

9. On information and belief, Defendants are Delaware corporations and each Defendant has a designated Registered Agent in the state of Delaware.

10. Venue is proper in this court pursuant to 28 U.S.C. §§ 1391 and 1400 because Defendants are Delaware corporations subject to personal jurisdiction in this district.

RLF1 3520194v.1

## FIRST CAUSE OF ACTION
### (Infringement of the '304 patent)

11. KANA hereby incorporates by reference its allegations contained in paragraphs 1 through 10 of this Complaint as though fully set forth herein.

12. U.S. Patent No. 6,941,304 ("the '304 patent") discloses and claims an invention entitled, "Method and Apparatus for Performing Enterprise Email Management." The '304 patent was duly and legally issued by the United States Patent & Trademark Office on September 6, 2005, naming Mark Gainey, Alex Broquet, and Michael Horvath as inventors. KANA owns, by valid assignment, all rights, title, and interest in the '304 patent.

13. On information and belief, Defendants are companies that provide software based solutions to their customers. In order to provide such services, Defendants make, use, sell, offer to sell, and/or import software programs.

14. On information and belief, one of the software programs distributed by Defendants, the Everest™ email communication software, includes functionality that performs enterprise email management. The Everest™ email communication software provides email processing functionality, including functionality related to the receiving, sending, and processing of emails.

15. Defendants have been and still are infringing (directly and/or indirectly), and will continue to infringe, literally and/or under the doctrine of equivalents, one or more claims of the '304 patent by making, using, selling, offering to sell, and/or importing email communication software solutions such as Everest™ email communication software solution included in Everest 5.0 and other products, services, and platforms incorporating such email communication software solutions.

16. As a direct and proximate consequence of Defendants' infringement of the '304 patent, KANA has suffered and will continue to suffer irreparable injury and damages, in an amount not yet determined, for which KANA is entitled to relief. Accordingly, pursuant to 35 U.S.C. § 284, KANA is entitled to damages. KANA is also entitled to injunctive relief against further infringement.

3

## DEMAND FOR JURY TRIAL

KANA and Kay demand trial by jury on all issues so triable, pursuant to Federal Rule of Civil Procedure 38.

## PRAYER FOR RELIEF

WHEREFORE, KANA requests entry of judgment in their favor and against Defendants as follows:

A. For entry of a judgment declaring that Defendants have directly and/or indirectly infringed one or more claims of the '304 patent;

B. For permanent injunctive relief restraining and enjoining defendants and their officers, agents, servants, employees, attorneys, and those persons in active concert or participation with Defendants who receive actual notice of the order by personal service or otherwise, from any further infringement of the '304 patent;

C. For an award of pre-judgment and post-judgment interest and costs to KANA in accordance with 35 U.S.C. § 284; and

D. For such other and further relief as the Court may deem just and fair.

OF-COUNSEL:

Darryl M. Woo
Michael J. Sacksteder
Saina Shamilov
David Lacy Kusters
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA 94104
(415) 875-2300

Dated: December 23, 2009

/s/ Anne Shea Gaza
William J. Wade (#704)
wade@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19899
(302) 651-7700

*Attorneys for Plaintiffs*
*KANA Software, Inc. and*
*Kay Technology Corp., Inc.*